JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Maricela Fuentes Millan, | ) CASE NO. SACV 11-1286-JST (ANx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| Ocwen Loan Servicing, et al., | ) |
| Defendants. | ) |

On November 17, 2011, the Court issued an order dismissing Plaintiff's Complaint with prejudice as to Defendant Ocwen Loan Servicing. (Doc. 10.) The Court also ordered Plaintiff to show cause in writing no later than December 1, 2011, as to why her Complaint should not be dismissed as to Defendant TD Service Company for lack of prosecution, and advised Plaintiff that failure to respond by that date would be deemed consent to the dismissal of this action with prejudice as to TD Service Company. (*Id.*) To date, Plaintiff has not responded to the order to show cause.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

DATED: December 6, 2011

JOSEPHINE STATON TUCKER
United States District Judge

1